GARY W. NEVERS, ESQ., SB#82512
   gnevers@npwlaw.com
MICHAEL S. WILDERMUTH, ESQ., SB#143758
   mwildermuth@npwlaw.com
JOHN R. BAMFORD, ESQ., SB#229152
   jbamford@npwlaw.com
NEVERS, PALAZZO, PACKARD,
WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 200
Westlake Village, California 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680             JS-6

Attorneys for HANSON LAB SOLUTIONS, INC.

(*Additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON LAB SOLUTIONS, INC., a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>INSTIL BIO, INC., a Delaware corporation,<br><br>      Defendant. | CASE NO. 2:22-cv-03678-JFW-JCx<br><br>**ORDER ON JOINT STIUPLATION FOR DISMISSAL WITH PREJUDICE** |

On good cause shown by the Joint Stipulation For Dismissal between all parties to this action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is so ordered that this entire action, including all claims, counterclaims and defenses stated therein against all parties, is hereby dismissed with prejudice, with each party to bear its own respective attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated: October 28, 2022**

*[signature]*
Hon. John F. Walter, U.S. District Court

1